## The People ex rel. Dunne v. John M. Moore.

1. Justices of the Peace—*In Chicago—Duty of County Clerk in Designating Successor.*—The power and duty of determining upon application of the persons appointed to the office of justice of the peace in the towns of the city of Chicago, whom such appointees shall respectively succeed, devolves upon the county clerk.

Quo Warranto Proceedings.—Appeal from the Circuit Court of Cook County; the Hon. John Gibbons, Judge, presiding. Heard in this court at the October term, 1895. Reversed and remanded, with directions. Opinion filed December 2, 1895.

Jacob J. Kern, State's Attorney, for the people; T. A. Coffey, of counsel.

P. T. Keily and Fred H. Atwood, attorneys for appellee.

Mr. Justice Waterman delivered the opinion of the Court.

In the case of The People ex rel. v. John M. Moore, it fairly appears from the record that the county clerk has designated John J. Fitzgerald to succeed the appellee, John M. Moore, and has directed said Moore to turn over his books and papers to said Fitzgerald.

In all other respects the facts of this case are similar to those in the proceeding v. O'Toole.

We are of the opinion, said John M. Moore not having been appointed or commissioned by the governor, and said Fitzgerald, who was recommended, appointed, confirmed and commissioned, having been designated by the county clerk to succeed Moore, that he, said Moore, is no longer entitled to exercise the office of justice of the peace. In the case of The People ex rel. v. John M. Moore, the judgment of the Circuit Court is reversed with directions to enter a judgment of ouster, with a nominal fine; the question being one about which courts have differed and said Moore having apparently acted in perfect good faith.

Reversed and remanded with directions.